**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-6416**

MARVIN LOVEJOY,

Plaintiff - Appellant,

versus

RICHARD CATHCART, State Attorney; HENRY D.
MCMASTER, Attorney General for the State of
South Carolina; DAVID M. TATARSKY, General
Counsel for the South Carolina Department of
Corrections; JON OZMINT, Director, South
Carolina Department of Corrections,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson. Margaret B. Seymour, District Judge.
(CA-04-22155-8-24BI)

Submitted: July 27, 2005          Decided: August 4, 2005

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marvin Lovejoy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Marvin Lovejoy appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Lovejoy v. Cathcart, No. CA-04-22155-8-24BI (D.S.C. Feb. 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED